IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS
also known as "Iamsui" or "sui"                                                                 PLAINTIFF

v.                                    Case No. 6:24-cv-06039

WORLD BOOK; GIVENCHY STORE
AND DISTRIBUTORS; PARIS HILTON;
BACK TO THE FUTURE; SHAWN
MICHAELS; GUCCI STORE FRANCHISE
AND DISTRIBUTORS; TAYLOR SWIFT;
CLIFFORD HARRIS; NIKE AIR TAG;
BRET HEART; CARDI B; and LIV MORGAN                                                 DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge Bryant recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*.  Plaintiff's Amended Complaint (ECF No. 6) is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is hereby directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 4th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge